IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MAURICE J. JOHNSON | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv566 |
| JOHN B. FOX | § | |

## MEMORANDUM OPINION

Maurice J. Johnson, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner complains that he has not been permitted to complete the Residential Drug Abuse Program.

Petitioner has another action pending before the court raising the same claim. *See Johnson v. Fox*, No. 1:07cv559. As a result, this petition will be dismissed without prejudice as repetitious. An appropriate final judgment shall be entered.

**SIGNED** this the **11** day of **September, 2007.**

_____
Thad Heartfield
United States District Judge